The Sentence Review Board wishes to thank Billie Remillard for representing herself in this matter.

**FROM: The District Court of the 4th Judicial District. County of Missoula.**

STATE OF MONTANA,
Plaintiff,                                               NO. 12076

vs.                                               DECISION

Trinity Simmert,
Defendant.

On May 12, 1997, it was the judgment of the Court that Trinity Simmert be and is hereby committed to the Department of Corrections for a term of ten (10) years for suitable placement, which may include an appropriate community based program, facility, or a State correctional institution. It is the recommendation of the Court that as a condition of any parole or early release that the defendant shall pay restitution through the Clerk of the District Court in the amount of Six Thousand Two Hundred Seventy-two and 63/100 Dollars ($6,272.63). The restitution shall be disbursed as set out in the Restitution List attached to the May 12, 1997 judgment.

On September 12, 1997, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and proceeded Pro Se. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that she understood this and stated that she wished to proceed.

Rule 17 of the Rules of the Sentence Review Division provides: "The sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (Section 45-18-904(3), MCA.) The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 12th day of September, 1997.

104

DATED this 29th day of September, 1997.

**Acting Chairman, Hon. Wm. Nels Swandal, Member, Hon. Richard Phillips and Alternate Member, Hon. G. Todd Baugh**

The Sentence Review Board wishes to thank Trinity Simmert for representing herself in this matter.